**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION**

**CRIMINAL NO. 2:08CR1**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **DAVID MICHAEL DAHNKE** | ) | |
| _____ | ) | |


     **THIS MATTER** is before the Court on Defendant's motion for release

from probation and the Government's opposition thereto. ***See***

**Defendant's Motion for Release from Probation, filed February 25,**

**2009; Government's Objection to Defendant's Motion, filed March 10,**

**2009.**

     Title 18, United States Code, Section 3564 provides in pertinent part:

> The court, after considering the factors set forth in section
> 3553(a) to the extent that they are applicable, may, pursuant to
> the provisions of the Federal Rules of Criminal Procedure
> relating to the modification of probation, terminate a term of
> probation previously ordered and discharge the defendant at
> any time . . . after the expiration of one year of probation in the
> case of a felony, if it is satisfied that such action is warranted
> by the conduct of the defendant and the interest of justice.

**18 U.S.C. § 3564(c).**  In this case, a year has not expired since the entry of final judgment on August 15, 2008.  ***See* Judgment in a Criminal Case, filed August 15, 2008;** *see also*, *United States v. Buck*, **173 F. App'x 239 (4th Cir. 2006) (citing** *United States v. Pregent*, **193 F.3d 279, 282 (4th Cir. 1999)).**

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for release from probation is **DENIED.**

Signed: March 16, 2009

Lacy H. Thornburg
United States District Judge